23 739<br>45 734

No. 3336.—FRITZ HUPPENBAUER *v.* LOUIS DURLIN.

If the appeal has been taken and filed in the appellate court, notwithstanding it has been dismissed by the judge *a quo*, on the ground that the surety on the bond is not good, then and in such case the appeal will be dismissed on motion for want of a bond.

APPEAL from the Sixth District Court, parish of Orleans. *Cooley*, J. *Winck & Huft,* for plaintiff and appellant. *Rogers & Blanc,* for defendant and appellee.

LUDELING, C. J. A motion to dismiss the appeal has been made on the following among other grounds, to wit: That the appeal was dismissed by the district judge because a sufficient bond had not been given.

The record shows that an order for a suspensive appeal was granted and the amount of a bond for same was fixed. A bond was executed, but on a rule to show cause why the appeal should not be dismissed and an execution issue, on account of the worthlessness of the security, the district judge adjudged the security not good, and dismissed the appeal. We must dismiss the appeal for want of a bond.

It is therefore ordered that the appeal be dismissed, at appellant's costs.

Rehearing refused.